# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| TIFFANY JUNIOUS, on Behalf of Herself And All Other Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FEDEX GROUND PACKAGE SYSTEM, INC., BURNETTE ENTERPRISES INC., and JOHN AND JANE DOE INDEPENDENT SERVICE PROVIDERS, <br><br> Defendants. | Case No.: 4:19-cv-00381-DCC <br> District Court Judge Donald C. Coggins Jr. <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFF'S MOTION FOR CONDITIONAL CLASS CERTIFICATION** |

This matter is before the Court on the Joint Motion to Dismiss Plaintiffs' Motion for Conditional Class Certification (ECF No. 45) submitted by Plaintiff Tiffany Junious, Defendant FedEx Ground Package System, Inc., and Defendant Burnette Enterprises, Inc.

The Court has considered the Joint Motion and determined that it should be **GRANTED**.

**THEREFORE, IT IS HEREBY ORDERED**, that the Joint Motion to Dismiss Plaintiff's Motion for Conditional Class Certification (ECF No. 45) is **GRANTED**, and Plaintiff's Motion for Conditional Class Certification (ECF No. 21) is **DENIED AS MOOT**.

**SO ORDERED.**

This the  1st  day of     November    , 2019.

                                                             s/Donald C. Coggins, Jr.
                                                           Honorable Donald C. Coggins, Jr.
                                                           United States District Court Judge